[No. 60349-3-I. Division One. July 7, 2008.]

EDWARD TINNERMAN ET AL., *Appellants*, v. QUADRANT
CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 05-2-34293-5, James D. Cayce, J., entered June
28, 2007. *Reversed* and *remanded* by unpublished opinion
per Schindler, C.J., concurred in by Grosse and Leach, JJ.

[No. 60404-0-I. Division One. July 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. T.M., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 05-8-01674-4, Richard J. Thorpe, J.,
entered July 12, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 60419-8-I. Division One. July 7, 2008.]

HARVEY EDMONSON, *Appellant*, v. AMERICAN BUILDING
MAINTENANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 06-2-04377-4, Richard D. Eadie, J., entered
July 10, 2007. *Affirmed* by unpublished opinion per Leach,
J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[No. 60456-2-I. Division One. July 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LEE
BIBBS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 07-1-09030-1, Laura Gene Middaugh, J., en-
tered July 23, 2007. *Dismissed* by unpublished per curiam
opinion.